IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET WINKLER,<br><br>        Plaintiff,<br><br>vs.<br><br>RANDY MILLER, COMMUNITY INSURANCE GROUP,<br><br>        Defendants. | 4:13CV3035<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the plaintiff's notice of voluntary dismissal, (filing no. 20), and her acknowledgment that this court will lack complete diversity if the complaint is amended as required under the court's prior order, (Filing No. 19),

IT IS ORDERED that this action is dismissed without prejudice, the parties to each pay their own costs and attorney fees.

July 3, 2013.

                                                                      BY THE COURT:

                                                                      *s/ Cheryl R. Zwart*
                                                                      United States Magistrate Judge